UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVIN MADIGAN | No. 1:24-CR-00129-SDN |

## DECLARATION

I, Kimberley P. Woodward, declare as follows:

1. I am a Paralegal Specialist in the office of the United States Attorney for the District of Maine. My duties include assisting the United States Attorney and Assistant U.S. Attorneys with asset forfeiture cases. In connection with my duties as such, I have custody and control of certain records relating to this case. My knowledge of the facts stated below is derived from these records which are kept in the ordinary course of business and from my personal knowledge.

2. Between April 30, 2025, and May 29, 2025, I caused to be published, pursuant to the provisions of Rules C and G(4)(a)(iii) of the Supplemental Rules of Certain Admiralty and Maritime Claims, public notice on the official government website www.forfeiture.gov announcing that the United States was pursuing a criminal forfeiture action against the above-entitled defendant; that forfeiture is being sought; and that anyone wishing to assert a legal interest in said property should file a claim with this Court. A copy of said Notice of Forfeiture and Advertisement Certification Report are attached hereto, as Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated at Portland, Maine this 30th day of June, 2025.

CRAIG M. WOLFF  
Acting United States Attorney

*/s/ Kimberley P. Woodward*  
Kimberley P. Woodward  
Paralegal Specialist  
U.S. Attorney's Office  
100 Middle Street  
Portland, Maine 04101  
(207) 771-3236  
Kim.woodward@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2025, I caused the foregoing Advertising Declaration to be electronically filed with Clerk of Court using the CM/ECF system, which sent such notice to the individuals and entities who have entered appearances in this case, pursuant to the Court's ECF system.

      CRAIG M. WOLFF
      Acting United States Attorney

      */s/ Kimberley P. Woodward*
      Kimberley P. Woodward
      Paralegal Specialist
      United States Attorney's Office
      100 Middle Street
      Portland, Maine 04101
      (207) 771-3236
      Kim.woodward@usdoj.gov